21

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Case: **2:26−cv−10726**
Assigned To : **Berg, Terrence G.**
Referral Judge: **Stafford, Elizabeth A.**
Assign. Date : **3/3/2026**
Description: **CMP MARVIN HUGHES V DARE ET AL (SS)**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Marvin Dewayne Hughes

v.

Judge Tricia Dare
and prosecuting Attorney,
Karen McDonald.

Jury Trial: ☐ Yes  ☐ No
*(check one)*

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                   Marvin Dewayne Hughes
Street Address         2201 Dixie Hwy    # 45
City and County        Waterford, MI    (oakland county)
State and Zip Code     Mich  48328
Telephone Number       (248) 847-6225
E-mail Address         Hughesmarbin 327@ gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation.
For an individual defendant, include the person's job or title (if known).  Attach
additional pages if needed.

Defendant No. 1

Name                   Judge Tricia Dare  et al.
Job or Title           Oakland county circuit Judge
(if known)
Street Address         1200 N. Telegraph Rd
City and County        Pontiac, county of oakland
State and Zip Code     Mich, 48341
Telephone Number       (248) 858-0344
E-mail Address
(if known)

Defendant No. 2

Name                   Karen D. McDonald
Job or Title           Oakland county Prosecutor
(if known)
Street Address         1200 N. Telegraph Rd
City and County        Pontiac, county of oakland
State and Zip Code     Mich, 48341
Telephone Number       248) 858-0344
E-mail Address
(if known)

2

Defendant No. 3

    Name                               _____

    Job or Title
    (if known)     _____

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address
    (if known)     _____

Defendant No. 4

    Name     _____

    Job or Title
    (if known)     _____

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address
    (if known)     _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☑ Federal question                     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1st Amendment right to petition the Government for Redress of Grievance. 1st Amendment right of meaningful access to the Courts. 1st Amendment right not to be retaliated by the ~~Govern~~ Government. Violation of the 14th Amendment's Due Process clause.

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
        The plaintiff, *(name)* Tarana Dave _____,
        is a citizen of the State of *(name)* Michigan _____.

    b.    If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

    b.    If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____, and
        has its principal place of business in the State of *(name)*
        _____. *Or is incorporated under the laws of*
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Plaintiff's procedural due process rights (notice and opportunity to be heard) was violated because the waiver statute, MCL 712A.4 is unconstitutional as applied and facially as violative of the 14th Amendment Due Process clause and plaintiff has suffered and continue to suffer enormous collateral consequences, (1) loss of firearm rights, housing and certain professional licenses, and other legal disabilities as a result of the unconstitutional statute, supra.

On 12/10/2025 plaintiff filed a pleading in Oakland county circuit court - family division challenging the statute, MCL 712A.4 as being unconstitutional on due process grounds and on 1/16/2026, Judge Dare denied the motion.

On August 6, 1985, plaintiff then a sixteen year-old-minor was charged via juvenile petition in probate court (juvenile division) with allegedly having committed a number of "delinquent acts" not criminal acts. Plaintiff was given notice by way of the accusatory pleading

4

that he was called upon to defend against
delinquent acts. The State's
juvenile-delinquency petition (charging item)
adequately described the proceedings as
a delinquency case. However, after Probate
Court waived jurisdiction under MCL 712A.4
to adult court on 10/25/1985, the act
delinquent acts originally charged in
juvenile court became criminal offenses
which give rise to this due process
cause of action.

Issue one: Deprivation of liberty
absent procedural due process, denial
of due process rooted in state law
and procedure. Specifically plaintiff
is challenging the statutory procedure
used to waive jurisdiction as being
unconstitutional as violative of
procedure due process. Plaintiff was
deprived of a protected liberty interest
in violation of the Due Process Clause
of the Fourteenth Amendment. The juvenile
petition (charging item) accusing
accused plaintiff of committing
"delinquent acts" not criminal acts.
At any rate, juvenile delinquency
and criminal acts are not the
same thing. On the contrary, they
are two different "class of cases"
Thus, plaintiff was constitutionally
entitled to notice and opportunity to be

5

heard (defend) in Probate Court regarding
any "criminal allegations;" not after
juvenile court jurisdiction is waived and
the charges are elevated to felonies. And
this right is so ingrained in American
Jonah jurisprudence no citation of
authority is necessary. Simply put,
the state of Michigan is a tyrant
when it comes to safeguarding juveniles
constitutional rights and Probate Court
(juvenile division) was a Kangaroo Court.
Labeling a crime as delinquency allows
the state to place it in the subject-
matter jurisdiction of Probate Court
and to avoid affording constitutional
rights attendant upon any citizen
charged with a crime. Plaintiff had
a protected liberty interest in not being
punished without fair procedure and
in accordance with established law.
Fraud has been allowed to go unchecked
or challenged for years. Why
changing the nature of the offense
after the fact violates Plaintiff's
procedural due process rights to notice
and opportunity to be heard because
due process requires that Plaintiff
be informed of what is happening,
including specific allegations against
me, so I'll have a chance to mount
a defense. Changing the nature of
the act from civil (delinquent) to

6

criminal after the fact denies
Plaintiff his fundamental right to
notice and opportunity to be heard.
Fairness is the core of due process.
(fundamental fairness). Allowing the
Government to charge a minor with
delinquent acts and then change it
to criminal acts after juvenile
jurisdiction is waived is inherently
unfair because it means the Person
is being punished for criminal acts
he was not allowed to defend in
Probate court. The long and short
of it is "changing the nature of
the act from civil (delinquent) to
criminal after the fact denied
Plaintiff procedural due process
my fundamental right to notice
and opportunity to be heard. A
person must be informed of the
nature of the charge in advance.
Put simply, due process requires
that Plaintiff be informed of
whats happening, including specific
allegations against him, so he can
have a chance to mount a defense.
In re Gault, 387 U.S. 1 (1967).
(the Key distinction is not the
elements themselves, but the
nature of the proceedings and specific
requirements for adequate notice).

7.

if it's a felony-level act, it's
always a felony in the eyes of the
law, even when processed as a juvenile.
See, McKeiver v. Pennsylvania,
403 U.S. 528 (1971)
( Armed robbery is a criminal offense,
and always has been no definition of
any legislative act, whether criminal
or denominated as civil can change
the existing fact.)


End of Due process claim.

-8

<u>Statement of claim:</u> Violation of Plaintiff's 1st Amendment right of meaningful access to the court.

1. On June 26, 2025, Plaintiff filed an initial pleading in the 6th Judicial Circuit - Family division Oakland County. The initial pleading was labeled and filed as a "petition" challenging the Oakland County Probate court, former juvenile division, for lack of subject-matter jurisdiction over the felony offenses (criminal case), requesting that the court vacate the Probate court's order waiving jurisdiction to adult court on October 25, 1985. On 10/8/2025, Judge Tricia Dare dismissed Plaintiff lack of subject-matter jurisdiction claim on "procedural grounds," claiming that Plaintiff's Petition was not a pleading under MCR 2.110 (A)(2). In effect, Judge Dare failed to rule on the merits of Plaintiff's subject-matter jurisdiction claim by falsely classifying the Petition as a non-pleading despite state law defining it as such and in doing so violated Plaintiff's first Amendment right of meaningful access to the courts. And further, Judge Dare dismissed Plaintiff's claim on a "technicality" claiming that Plaintiff's Petition was not a proper pleading — however State law explicitly states

9

otherwise. This is a denial of Plaintiff's right of meaningful access to the courts. Judge Dare action in dismissing Plaintiff's claim on a technicality even when it was not a technicality as a matter of law. Judge Dare conduct in dismissing Plaintiff's lack of subject-matter jurisdiction claim was so contrary to law and impartiality that an ordinary, reasonable person would question Judge Dare integrity, competence and impartiality. In addition, Plaintiff also charge Judge Dare with "intentionally" misapplying the law to deny Plaintiff's petition which shows a strong indicator of actual bias or prejudice which not only violated Plaintiff's first Amendment right of meaningful access to the courts it also violated Plaintiff's due process rights. Judge Dare mind was closed to the facts and she had a personal interest in the outcome of Plaintiff's lack of subject-matter claim which unfairly influenced her decision-making. Simply put, Judge Dare rulings reflect bias. Intentionally misapplying the law not only demonstrates bias it also infringe on Plaintiff's first Amendment right of meaningful access to the courts. Meaningful access to the courts means more than just walking through the courthouse door;

10

it means having a fair opportunity to
present a claim and have it heard
on the merits. Courts are suppose to
decide cases based on law, not trap
litigants in test technicality that
contradicts the State's own rules
of procedure. Denying Plaintiff's Petition
for a "mistake" that is legally not
a mistake prevents the court from
ever reviewing the actual, substantive
issue. And the substantive issue in
this instant case is Probate Court's
(juvenile division) lack of subject-
matter jurisdiction over the felony
offenses (criminal case) Plaintiff was
charged with in Oakland County Probate,
former juvenile division. Lack of Subject-
matter jurisdiction were the issue brought
before the court. Don't mean to beat
a dead horse but Plaintiff's Petition
(initial pleading) which State law says is
an appropriate pleading was a
straight-foward issue, "lack of subject-
matter jurisdiction over the felonies
brought forth in Probate Court (juvenile
division). There was nothing difficult
and/or stringent about the issue. Either
either a court has subject-matter
jurisdiction over the case or they dont.
Equally important, if State law
says a "Petition" is a proper pleading
a Judge cannot create a rule requiring

11

a "complaint" instead. If a petition is, by statute, a proper pleading, the court is obligated to treat it as such. At any rate, as before said Plaintiff filed an initial pleading (petition) which was proper according to state law, yet Judge Dare denied the petition on the basis that the petition was not a proper pleading. Complete non-sense, which has denied Plaintiff his 1st Amendment right of meaningful access to the courts. Worse yet, in Judge's Dare order of denial she failed to state whether the denial/dismissal were with or without prejudice.

A dismissal without prejudice would be telling Plaintiff to fix the technicality and/or procedural mistake, which Plaintiff argues that was "not" a mistake as a matter of fact and law (such as refile as a complaint) or with prejudice which means Plaintiff cannot refile. This court's guess is as good as mine as it relates to whether the denial/dismissal was "with or without prejudice". Plaintiff shouldn't have to guess at the Judge's intent, specifically whether or not her ruling was with or without prejudice. It gets worse, on October 20, 2025, Plaintiff filed a motion for leave to amend under MCR 2.118 (A)(2)

in an attempt to correct a
"non-mistake" i.e., change the
pleading from a Petition to a
motion for relief from judgment
under MCR 2.612 (c)(d), which
Plaintiff has a legal right to
do under Michigan law. Nonetheless,
Judge Dare denied Plaintiff's motion
for leave to amend on December 5, 2025,
claiming Plaintiff's pleading is not
considered a "pleading" for the purposes
of MCR 2.118, notwithstanding the fact
that Michigan law says otherwise.
In short, Judge Dare has chilled
Plaintiff's first Amendment right of
meaningful access to the court, has
abridged it at every turn in these
proceedings. And the curtailment of
Plaintiff's right of meaningful access
was done "intentionally" because Judge
Dare has a vested interest in
is insulating the state from liability
in that Plaintiff's lack of subject-
matter jurisdiction claim implicates
her personal interest in the case
because she was the chief Prosecuting
attorney for the juvenile justice division
and has filed numerous juvenile
petitions (accusatory pleading) for
the state of Michigan. And the
juvenile petition when it is alleged
that the minor violated a Penal

13

law, e.g., MCL 750.529 (Armed Robbery).
That offense by its very nature is
criminal and the juvenile petition which
Judge Dare has filed on plenty of
occasion in her Prosecuting capacity
the petition discloses on it's Face that
their was no subject-matter jurisdiction
when Plaintiff is accused in the
petition of violating a substantive
criminal law. And that is precisely
how Judge Dare has a personal
interest in the outcome of Plaintiff's
subject-matter jurisdiction claim
in that Plaintiff's lack of subject-
matter jurisdictional claim implicate
her in filing juvenile petitions that
discloses on its face that the court
lack subject-matter jurisdiction
over. It is well to remember that
subject-matter jurisdiction is
determined by the "allegations" which
is why Judge Dare refuses to hear
and decide Plaintiff's subject-matter
jurisdiction claim on its merits.
Instead she falsely asserts that
a petition is not a proper pleading.
At any rate, Courts are generally
required to consider the substance
of a pleading regardless of its
label or form to ensure justice
is served. Even if a self made
petition is improperly formatted,

14

a valid well-founded claim of lack of
subject-matter jurisdiction cannot be
ignored because it goes to the Court's
authority to hear the case in the
first place. Simply put, Judge Pare
denial of Plaintiff's Petition on a
"technicality" ground was an intentional
misapplication of the law, namely-
that Plaintiff's Petition was not a
pleading under McR 2.110 (A)(2)

Moreover, when plaintiff attempted
to rectify the non-mistake
by filing a motion for leave to amend
the petition Judge Pare denied
that motion. The Judge pattern of
conduct indicates she is invested
insulating the State
from liability.

End of Plaintiff's 1st Amend
issue.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is seeking injunctive relief against the Prosecutor enjoining her from permanently ~~using~~ ~~the~~ using Statute, mcc 712A.4 as a procedural use to waive juvenile court jurisdiction. Plaintiff seeks a declaratory judgment against Judge Dave that Plaintiff had a due-process right to notice of the charges and opportunity to be heard in Probate court and a declaratory judgment that Plaintiff had a due-process right not to have the juvenile delinquent acts elevated to Felonies after the fact (after waiver of jurisdiction) Plaintiff also seeks injunctive relief against Judge Dave enjoining her from infringing on Plaintiff's 1st Amend right to petition the Government for a redress of grievance of meaningful access to the courts and interfering with Plaintiff's first Amend right

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  2/22/2026  , 20 26 .

Signature of Plaintiff        _A Hughes_

Printed Name of Plaintiff    _Marvin Dewayne Hughes_

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:** both defendants are being sued in their official capacity. Plaintiff request a jury on all issues triable by jury

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment <br> & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted <br> Student Loans <br> (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment <br> of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product <br> Liability <br> ☐ 320 Assault, Libel & <br> Slander <br> ☐ 330 Federal Employers' <br> Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product <br> Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle <br> Product Liability <br> ☐ 360 Other Personal <br> Injury <br> ☐ 362 Personal Injury - <br> Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - <br> Product Liability <br> ☐ 367 Health Care/ <br> Pharmaceutical <br> Personal Injury <br> Product Liability <br> ☐ 368 Asbestos Personal <br> Injury Product <br> Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal <br> Property Damage <br> ☐ 385 Property Damage <br> Product Liability | ☐ 625 Drug Related Seizure <br> of Property 21 USC 881 <br> ☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal <br> 28 USC 157 <br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated <br> New Drug Application <br> ☐ 840 Trademark <br> ☐ 880 Defend Trade Secrets <br> Act of 2016 | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC <br> 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and <br> Corrupt Organizations <br> ☐ 480 Consumer Credit <br> (15 USC 1681 or 1692) <br> ☐ 485 Telephone Consumer <br> Protection Act <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ <br> Exchange |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ <br> Accommodations <br> ☐ 445 Amer. w/Disabilities - <br> Employment <br> ☐ 446 Amer. w/Disabilities - <br> Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate <br> Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - <br> Conditions of <br> Confinement | **LABOR** <br> ☐ 710 Fair Labor Standards <br> Act <br> ☐ 720 Labor/Management <br> Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical <br> Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement <br> Income Security Act <br><br> **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration <br> Actions | **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br><br> **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff <br> or Defendant) <br> ☐ 871 IRS—Third Party <br> 26 USC 7609 | ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information <br> Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure <br> Act/Review or Appeal of <br> Agency Decision <br> ☐ 950 Constitutionality of <br> State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*:

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?          ☐ Yes
                                                                      ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.        Other than stated above, are there any pending or previously          ☐ Yes
          discontinued or dismissed companion cases in this or any other        ☐ No
          court, including state court? (Companion cases are matters in which
          it appears substantially similar evidence will be offered or the same
          or related parties are present and the cases arise out of the same
          transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :

Marvin Hughe
2201 Dixie Hwy
# 45
Waterford, MI 48328

RECEIVED
MAR 03 2026
CLERK'S OFFICE
DETROIT

United States District Court
the Eastern District of Michigan
office of the clerk

BLVD

United States

Michigan 48226